PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE Western DISTRICT OF TEXAS
San Antonio DIVISION

MAR 25 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

Tyrone Stafford 2202903
Plaintiff's Name and ID Number

Guadalupe County Jail
Place of Confinement

SA22CA0314OG
CASE NO. _____
(Clerk will assign the number)

v.

Arnold S. Zwicke
Guadalupe County Sheriffs dept.
2617 North Guadalupe St.
Seguin, TX 78155-7356
Defendant's Name and Address

District Courts (274)(25)(2nd 25)
211 W. Court St.
Seguin, TX 78155
Defendant's Name and Address

Guadalupe County Commissioners court
101 East Court St.
Seguin, TX. 78155
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: ⌀
        2. Parties to previous lawsuit:
            Plaintiff(s) ⌀
            Defendant(s) ⌀
        3. Court: (If federal, name the district; if state, name the county.) ⌀
        4. Cause number: ⌀
        5. Name of judge to whom case was assigned: ⌀
        6. Disposition: (Was the case dismissed, appealed, still pending?) ⌀
        7. Approximate date of disposition: ⌀

II. PLACE OF PRESENT CONFINEMENT: Guadalupe County Jail

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?   ___YES   ✓ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Tyrone Stafford 2202903 2617 N. Guadalupe Street Seguin, TX 78155-7356.
*Home Address 1604 Cole Street Killeen, TX 76541

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Arnold S. Zwicke, Executive Branch Sheriff, Guadalupe County Sheriffs Dept. 2617 N. Guadalupe St. Seguin, TX 78155-7356
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Controls the Magistratives judges Probable cause determinations and defense counsel ability to obtain police reports

Defendant #2: Magistrate Judges, Guadalupe County Sheriffs dept. 2617 N. Guadalupe St. Seguin, TX 78155-7356
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Rubberstamping Probable cause hearings without a real hearing, Not acting Neutral.

Defendant #3: County/District Attorney 211 W. Court St. Seguin, TX 78155
Blocking appointed attorneys from filing any motions
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Blocking appointed counsel from filing any motions for defendants.

Defendant #4: District Court of Texas Judges "274" 25th, 2nd 25th, 211 W. Court St. Seguin, TX 78155
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Allowing the executive branch to control the functions of judicial branch functions.

Defendant #5: Guadalupe County Commissioners court. 101 East Court St. Seguin, TX 78155
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Guadalupe County Plan for Indigent Defendants is Unconstitutional.

V. **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Guadalupe County Sheriff's Office arrested me on 1-29-2022. I had a bond hearing on 1-30-22 in which the Magistrate "LSK" set bond and rubberstamped my probable cause determination. Through my Appointed counsel I have tried to file motions which I can't because the district/county attorney will not accept anything, "stating" that the Sheriffs office has only given enough information to bring me to a magistrate judge. The District court judges have Authority they refuse to exercise, 90 days is the district judges free time policy. County Commission Courts are the Guadalupe County Plan for Indigent Defenders.

Continued on Attachment

VI. **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Injunctive, Declaratory Relief (This is to start my lawsuit Statue of limitations) so I won't miss them. Have more upon release

VII. **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Tyrone Germane Stafford

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

I Don't know any of them.

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES  ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): ∅
2. Case number: ∅
3. Approximate date sanctions were imposed: ∅
4. Have the sanctions been lifted or otherwise satisfied?     ____YES  ✓NO

C. Has any court ever warned or notified you that sanctions could be imposed? _____ YES _✓_ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): __0__
   2. Case number: __0__
   3. Approximate date warning was issued: __0__

Executed on: __0__
             DATE

_____0_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __20th__ day of __March__, 20 __22__.
            (Day)              (month)       (year)

_Tyrone Stafford_
_Tyrone Stafford_
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Attachment from page 4

**V.** Statement of Claim: Upon coming to Guadalupe County Jail, I go through the Booking process to go before A magistrate judge for a Bond hearing and a Indigent Attorney appointment. At no time does the magistrate judge mention a probable cause determination. I am then given the indigent forms after the bond is given, the magistrate is not neutral or detached when the executive branch controls the flow of information provided to him. **II.** Upon getting assigned counsel for the cases, Under Guadalupe plan for Indigent Defenders we have a Meeting with a attorney. The executive branch will not provide any paper work to the judicial branch until after the Sheriff's or the District/County Attorney decides to file charges. My defense attorney is not allowed to file any motions because the executive branch blocks misdemenors for 30 days and Felonys for 90 days. **III.** The Judicial branch does not respond (as in judges), and the District/County Attornies are acting as executive and judicial branch officers. They have all the paperwork and prevent the Defense from obtaining anything, rendering my counsel as ineffective. **IV.** The Legislative Branch knows the enforcement of Ga-13 hinders the Judicial Branch from having say in are Bond reductions, PR Bonds or any undue pretrial release. The only option that the executive Branch gives the Indigent is a 10% or more Bond by a Bond company list approved by the Legislative and executive Branches. The Legislative Branch Allows the executive Branch to control the entire criminal process.

Since I cannot list Greg Abott as a Defendant, I would like to challenge the Constitutionality of the Executive Order GA-Bill 13. Due to the fact that when it was signed it may have had a valid standing. 2 yrs. later we are not under the same restrictions and yet we are still being punished by "EO GAB-13" Tex. Civ. Prac. Rem. Code 101.0215. II. The (EO GAB-13) currently Infringes and Deprives us of Several Federal and State Protected Rights. It is Killing the Separation of Powers Doctrine. The Executive Branch is controlling the functions of the Legislative and Judicial Branches functions. We no longer have any scope of Protections from a Federal or State level, its like being a Slave. The 4th, 6th, 8th, 14th, Due Process clause, Equal Protection, Human Rights Act, American with Disabilities, The Speedy Trial Clause, The Uniform Rules of Criminal Procedure, Protection from Invidious Discrimination, Fundamental Rights are all lost because of the official Oppression that currently does not serve a legitimate purpose to protect the public when non violent offenders are detained for Victimless crimes before the violent offenders that have victims...

If asked for relief in this matter it would be Injunctive and Declaratory which is not doing anything besides restoring our Right to Liberty

Court Copy

In this said matter I have other separate claims that at this part I have yet to be indicted of and I plain on going to trial before I plea out in court. If I lose at trial with no evidence, I will appeal and exhaust my legal remedies. I also was waiting till I get out so I can send the appropriate amount of copies and have the U.S. Marshals execute service.

As of now my constitutional violations would be barred by Heck v. Humphrey if I am convicted under current circumstances...

Tyrone Stafford

Court copy

3-22-2022

There is more to my claim that i'm kind of skeptical of sending while i'm in Jail. I only have 38 days left in my 90 day pretrial sentence. This start process is so my case won't be considered as moot upon my release and to show my direct injuries to the court.

I also cannot send all the evidence I have out of the fear that i'm inside the Guadalupe Sheriffs office where I can easily be retaliated against.

Tyn Stafful