UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**

AUG 2 8 2023

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| TYRONE STAFFORD, § § **Plaintiff,** § § v. § § ARNOLD S. ZWICKE, Executive Sheriff, § Guadalupe County Sheriff's Office; § DEPUTY BETHANY GIPSON, Guadalupe § County Sheriff's Office; CORPORAL § F/N/U DOSS, Guadalupe County Sheriff's § Office; G.I. CASTILLO, Guadalupe § County Sheriff's Office; DAVID § WILBORN, Guadalupe County Attorney; § and GUADALUPE COUNTY § COMMISSIONERS, § § **Defendants.** § | SA-22-CV-00314-OLG |

## FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of this Court's Order granting summary judgment in favor of Defendants Guadalupe County Sheriff Arnold S. Zwicke, Guadalupe County Deputy Bethany Gipson, Guadalupe County Corporal F/N/U Doss, Guadalupe County Deputy G.I. Castillo, Guadalupe County Attorney David Wilborn, and the Guadalupe County Commissioners, the Court renders the following Final Judgment pursuant to FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that that Defendants Guadalupe County Sheriff Arnold S. Zwicke, Guadalupe County Deputy Bethany Gipson, Guadalupe County Corporal F/N/U Doss, Guadalupe County Deputy G.I. Castillo, Guadalupe County Attorney David Wilborn, and the Guadalupe County Commissioners' Amended Motion for Summary Judgment is **GRANTED** and Plaintiff Tyrone Stafford's claims against them are **DISMISSED**.

**IT IS FURTHER ORDERED** that Defendants Guadalupe County Sheriff Arnold S. Zwicke, Guadalupe County Deputy Bethany Gipson, Guadalupe County Corporal F/N/U Doss, Guadalupe County Deputy G.I. Castillo, Guadalupe County Attorney David Wilborn, and the Guadalupe County Commissioners' Motion to Dismiss and Plaintiff Tyrone Stafford's Motion for Judgment as a Matter of Law are **DISMISSED WITHOUT PREJUDICE AS MOOT**.

**IT IS FURTHER ORDERED** that Plaintiff Tyrone Stafford shall take nothing in this cause against Defendants Guadalupe County Sheriff Arnold S. Zwicke, Guadalupe County Deputy Bethany Gipson, Guadalupe County Corporal F/N/U Doss, Guadalupe County Deputy G.I. Castillo, Guadalupe County Attorney David Wilborn, and the Guadalupe County Commissioners.

**IT IS FINALLY ORDERED** that the above–entitled cause of action is hereby **CLOSED**. It is **SO ORDERED**.

**SIGNED** this ___ day of August, 2023.

ORLANDO L. GARCIA
United States District Judge